IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW3:00CR160 |
| | ) | (Financial Litigation Unit) |
| JENNIFER CALLOWAY. | ) | |
| | ) | |

**ORDER**

THIS MATTER is before the Court on the United States' Consent Motion to Modify Writ of Execution. For the reasons set forth in the Motion and for good cause shown,

IT IS ORDERED that the Motion is ALLOWED, and the Writ of Execution is modified to provide that PCL shall permit the Defendant to take a $100,000 distribution from her retirement account pursuant to the CARES Act, of which $90,000 will be allocated to Defendant's restitution obligation. All other terms of the Writ of Execution as modified on January 13, 2020, shall remain the same.

SO ORDERED.

Signed: September 17, 2020

David S. Cayer
United States Magistrate Judge