IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JENNIFER CALLOWAY, )<br>Defendant. ) | NO. DNCW3:00CR160-FDW-DSC<br>(Financial Litigation Unit) |

## DISMISSAL OF ORDER

Upon motion of the United States for the reasons stated therein and for good cause shown (document #325), it is ORDERED that the Order entered on January 13, 2020 (Doc. No. 319) in this case is DISMISSED.

**SO ORDERED**.

Signed: January 29, 2021

David S. Cayer
United States Magistrate Judge