UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:00-cr-00160-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| vs. | )<br>) |
| (2) JENNIFER CALLOWAY, | ) ORDER<br>) |
| Defendant. | )<br>) |
| and | )<br>) |
| PCL CONSTRUCTION ENTERPRISES | )<br>) |
| Garnishee. | )<br>) |

## DISMISSAL OF ORDER OF CONTINUING GARNISHMENT

THIS MATTER is before the Court on the United States' Motion to Dismiss Order of Continuing Garnishment. (Doc. No. 324). For the reason that the Defendant's restitution judgment of $800,000 has been fully satisfied, and for good cause shown, the undersigned **GRANTS** the United States' Motion to Dismiss. It is ORDERED that the Order of Continuing Garnishment filed in this case against the Defendant is DISMISSED.

IT IS SO ORDERED.

Signed: February 10, 2021

Frank D. Whitney
United States District Judge

1